| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
TRS Holdings LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  Ellie Ray's RV Resort

**3. Debtor's federal Employer Identification Number (EIN)**  
49-5370082

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3349 NW 110th Street<br>Branford, FL 32008 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Gilchrist | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://www.ellieraysrvresortandbar.com/

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **TRS Holdings LLC**                                  Case number (*if known*) _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __7212__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **TRS Holdings LLC**　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor　**See Attachment**　　　　　　　　　　　　　　Relationship _____
    District _____　When _____　Case number, if known _____

11. **Why is the case filed in *this district*?** *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____
    **Where is the property?** _____
    　Number, Street, City, State & ZIP Code
    **Is the property insured?**
    ☐ No
    ☐ Yes.　Insurance agency _____
    　　　　Contact name _____
    　　　　Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**　*Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ■ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

| Debtor | **TRS Holdings LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **TRS Holdings LLC**  
          Name

Case number (*if known*) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2025**  
                MM / DD / YYYY

X  **/s/ Thomas R. Sturgeon**                                **Thomas R. Sturgeon**  
Signature of authorized representative of debtor              Printed name

Title   **Manager**

**18. Signature of attorney**

X  **/s/ Bradley R. Markey**                                 Date  **April 25, 2025**  
Signature of attorney for debtor                                    MM / DD / YYYY

**Bradley R. Markey**  
Printed name

**Thames | Markey**  
Firm name

**50 North Laura Street**  
**Suite 1600**  
**Jacksonville, FL 32202**  
Number, Street, City, State & ZIP Code

Contact phone  **904-358-4000**     Email address  **brm@thamesmarkey.law**

**0984213 FL**  
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 5

Debtor  **TRS Holdings LLC**  
　　　　Name

Case number (*if known*) _____

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____　　Chapter  **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Santa Fe Marina LLC** | | | Relationship to you | |
| District | **Northern District of Florida** | When | **4/25/25** | Case number, if known | |
| Debtor | **TRS Restaurant Holdings, LLC** | | | Relationship to you | |
| District | **Northern District of Florida** | When | **4/25/25** | Case number, if known | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TRS Holdings LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alliance Laundry Systems LLC** P.O. Box 775840 Chicago, IL 60677 | | **Three Speed Queen SWNN Top Load Washers, One Speed Queen SFNN Front Load Washer, Two Speed Queen SSGN Stack Dryers, Four LP Gas Conversion Kits, Eight** | | $12,723.06 | $12,000.00 | $723.06 |
| **Capital City Bank c/o Elan Financial Services** P.O. Box 790408 Saint Louis, MO 63179 | | **Credit Card** | | | | $8,776.88 |
| **DKG Payroll JC Barnett Insurors** 6715 W. Grover Cleveland Blvd. Homosassa, FL 34446 | | **Payroll Services** | | | | $8,000.00 |
| **FL Dept. of Revenue** 5050 W. Tennessee St. Tallahassee, FL 32399 | | **Sales and Use Tax** | | | | $5,556.31 |
| **Gilchrist County Tax Collector** 220 S Main Street Trenton, FL 32693 | | **Real Property Taxes** | | | | $21,892.91 |
| **Gilchrist County Tax Collector** 220 S Main Street Trenton, FL 32693 | | **Tangible Property Taxes** | | | | $2,720.55 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **TRS Holdings LLC**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **941 Taxes** | | | | **$4,000.00** |
| **Kinetic Business by Windstream 131 W. Matthews St. Matthews, NC 28105** | | **Telephone Services** | **Disputed** | | | **$8,000.00** |

TRS Holdings LLC
3349 NW 110th Street
Branford, FL 32008

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Bradley R. Markey
Thames | Markey
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

Gilchrist County Tax Collector
220 S Main Street
Trenton, FL 32693

Alliance Laundry Systems LLC
P.O. Box 775840
Chicago, IL 60677

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Capital City Bank
c/o Elan Financial Services
P.O. Box 790408
Saint Louis, MO 63179

Itria Ventures, LLC
c/o Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

CNP XXVI Ventures LLC
290 NW 165 Street
Suite M600
Miami, FL 33169

John V. Xitco
P.O. Box 1693
Tacoma, WA 98401

CRL Law Group
2655 S. Le Jeunne Road
Suite 804
Miami, FL 33134

Kinetic Business by Windstream
131 W. Matthews St.
Matthews, NC 28105

DKG Payroll
JC Barnett Insurors
6715 W. Grover Cleveland Blvd.
Homosassa, FL 34446

Santa Fe Marina LLC
3349 NW 110th Street
Branford, FL 32008

EDA Consultants Inc.
720 SW 2nd Ave.
South Tower, Ste. 300
Gainesville, FL 32601

Thomas R. Sturgeon
3349 NW 110th Street
Branford, FL 32008

Fiber by Central Florida
P.O. Box 69
Chiefland, FL 32644

TRS Restaurant Holdings, LLC
3349 NW 110th Street
Branford, FL 32008

# United States Bankruptcy Court
## Northern District of Florida

In re: **TRS Holdings LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TRS Holdings LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 25, 2025** | **/s/ Bradley R. Markey** |
| Date | **Bradley R. Markey** |
| | Signature of Attorney or Litigant |
| | Counsel for **TRS Holdings LLC** |
| | **Thames | Markey** |
| | **50 North Laura Street** |
| | **Suite 1600** |
| | **Jacksonville, FL 32202** |
| | **904-358-4000 Fax:904-358-4001** |
| | **brm@thamesmarkey.law** |